**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| IN RE: I.W., A MINOR | : | No. 696 MAL 2020 |
| | : | |
| | : | |
| PETITION OF: L.W., MOTHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | | |
| IN RE: M.W., A MINOR | : | No. 697 MAL 2020 |
| | : | |
| | : | |
| PETITION OF: L.W., MOTHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | | |
| IN RE: J.W., A MINOR | : | No. 698 MAL 2020 |
| | : | |
| | : | |
| PETITION OF: L.W., MOTHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 12th day of February, 2021, the Petition for Allowance of Appeal is **DENIED**.